UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JASON STUART SMEGELSKI,**

    **Plaintiff,**

**v.**                                                **Case No. 3:20cv6031-TKW-HTC**

**BOB JOHNSON, et al.**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under *Younger v. Harris*, 401 U.S. 37 (1971). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

---

[1] The Court did not overlook the two letters from Plaintiff that were docketed after the Report and Recommendation was issued (Docs. 6, 7), but the Court does not view those letters as objections because they do not challenge (or even refer to) any of the magistrate judge's findings or conclusions.

**DONE and ORDERED** this 5th day of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**